**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of North Dakota

Case number (if known): _____   Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | |
|---|---|
| **1. Debtor's name** | Bryant Portable Welding, Inc. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

4 6 – 1 9 3 0 2 0 5

**4. Debtor's address**

**Principal place of business**

PO Box 218
Number     Street

Parshall, ND 58770-0218
City          State     ZIP Code

Mountrail
County

**Mailing address, if different from principal place of business**

Number     Street

City          State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

City          State     ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Bryant Portable Welding, Inc.                                      Case number *(if known)* _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____   When _____   Case number _____
                                          MM / DD / YYYY

         District _____   When _____   Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____   Relationship _____

         District _____   When _____
                                                   MM / DD / YYYY

         Case number, if known _____

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page **2**

Debtor   Bryant Portable Welding, Inc.
    Name

Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* <br><br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br><br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** *(Check all that apply.)* <br><br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br><br> What is the hazard? _____ <br><br> ☐ It needs to be physically secured or protected from the weather. <br><br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br><br> ☐ Other _____ <br><br> **Where is the property?** _____ <br>     Number     Street <br><br> _____ <br>     City         State    ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.   Insurance agency _____ <br>          Contact name _____ <br>          Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* <br><br> ☐ Funds will be available for distribution to unsecured creditors. <br><br> ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99      ☐ 1,000-5,000    ☐ 5,001-10,000      ☐ 25,001-50,000    ☐ 50,000-100,000 <br> ☐ 100-199   ☐ 200-999     ☐ 10,001-25,000                     ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000             ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion <br> ☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion <br> ☐ $100,001-$500,000     ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion <br> ☑ $500,001-$1 million      ☐ $100,000,001-$500 million   ☐ More than $50 billion |

| Debtor | Bryant Portable Welding, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **17. Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/16/2023
MM/ DD/ YYYY

**X** s/ Roy Jeffrey Bryant                          Roy Jeffrey Bryant
Signature of authorized representative of debtor         Printed name

Title                    President

| **18. Signature of attorney** | **X** s/ Erik A Ahlgren                    Date   11/16/2023 |
|---|---|

Signature of attorney for debtor                                    MM/ DD/ YYYY

Erik A Ahlgren
Printed name

Ahlgren Law Office, PLLC
Firm name

220 W Washington Ave 105
Number          Street

Fergus Falls                          MN          56537
City                                  State       ZIP Code

_____                       erik@ahlgrenlawoffice.net
Contact phone                         Email address

0191814                               MN
Bar number                            State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

### Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is
.

2. The following financial data is the latest available information and refers to the debtor's condition on                           .

| | |
|---|---|
| a. Total assets | $814,483.33 |
| b. Total debts (including debts listed in 2.c., below) | $1,590,690.73 |
| c. Debt securities held by more than 500 holders | |

Approximate number of holders:

| | | |
|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ |
| secured ☐ | unsecured ☐ | subordinated ☐ |
| secured ☐ | unsecured ☐ | subordinated ☐ |
| secured ☐ | unsecured ☐ | subordinated ☐ |
| secured ☐ | unsecured ☐ | subordinated ☐ |

d. Number of shares of preferred stock

e. Number of shares common stock

Comments, if any:

3. Brief description of debtor's business

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Fill in this information to identify the case:

Debtor name _____ Bryant Portable Welding, Inc. _____

United States Bankruptcy Court for the:

_____ District of North Dakota _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/16/2023___
                MM/  DD/  YYYY

X ___ s/ Roy Jeffrey Bryant _____
Signature of individual signing on behalf of debtor

___ Roy Jeffrey Bryant _____
Printed name

___ President _____
Position or relationship to debtor

Official Form B202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Bryant Portable Welding, Inc.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>District of North Dakota</td></tr>
<tr><td colspan="2">Case number (if known): _____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          **12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an _insider_, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | Arrow Electric<br>13254 25th M St NW<br>Arnegard, ND 58835 | | | | | | $90,275.01 |
| 2 | Black Olive Capital<br>7315 Wisconsin Ave. #550E<br>Bethesda, MD 20814 | | | | | | $294,750.00 |
| 3 | BPS Supply<br>116104X Ave SW<br>Killdeer, ND 58640 | | | | | | $74,751.72 |
| 4 | Brand SafWay<br>410 South 1st Street<br>New Salem, ND 58563 | | | | | | $58,730.00 |
| 5 | Braun Intertec<br>Lockbox 446035<br>PO Box 64384<br>Saint Paul, MN 55164 | | | | | | $4,500.00 |
| 6 | Bravera Bank<br>220 1st Ave West Floor 1<br>Dickinson, ND 58601 | | | | $459,555.00 | $244,100.00 | $215,455.00 |
| 7 | Circle T Transportation<br>PO Box 8315<br>Williston, ND 58802-8315 | | | | | | $4,833.62 |
| 8 | Desert NDT<br>4851 Blue Mound Rd<br>Fort Worth, TX 76106 | | | | | | $14,511.00 |

The Amount of unsecured claim section: If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.

Debtor    Bryant Portable Welding, Inc.                                    Case number *(if known)*
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Equipment Share 5060 Bennett Loop Williston, ND 58801 | | | | | | $8,169.77 |
| 10 | G&G Garbage PO Box 913277 , 80297 | | | | | | $8,242.50 |
| 11 | Linde 2912 2nd Ave W Williston, ND 58801 | | | | | | $8,922.65 |
| 12 | Performance NDT PO Box 84 Buffalo, SD 57720 | | | | | | $43,600.00 |
| 13 | ProLift Rigging Co 3169 Professional Plaza Suite 1 Germantown, TN 38138 | | | | | | $54,753.98 |
| 14 | RDO Equipment 1105 33rd Street SW Dickinson, ND 58601 | | | | | | $4,641.96 |
| 15 | Sherwin Williams 2112 4th Ave West Williston, ND 58801-3423 | | | | | | $7,239.87 |
| 16 | TCI Factoring 7600 Parklawn Ave Suite 250 Edina, MN 55435 | | | | | | $27,190.11 |
| 17 | Tenet 1238 Grey Fox Rd Saint Paul, MN 55112 | | | | | | $8,262.83 |
| 18 | United Rentals PO Box 840514 Dallas, TX 75284 | | | | | | $34,203.48 |
| 19 | Vox Funding LLC 100 Park Ave 26th Floor New York, NY 10017 | | | | | | $135,000.00 |
| 20 | WEX Fuel Cards | | | | | | $22,018.63 |

Fill in this information to identify the case:

Debtor Name __**Bryant Portable Welding, Inc.**__

United States Bankruptcy Court for the: District of __**North Dakota**__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bravera** | **Checking account** | **8  0  3  6** | $1,978.01 |
| 3.2. | **Navigator Credit Union** | **Checking account** | **0  4  8  8** | $343.07 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  | **$2,321.08** |

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____

Debtor   **Bryant Portable Welding, Inc.**                Case number *(if known)* _____
       Name

7.2 _____     _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1 _____     _____

     8.2 _____     _____

9.    **Total of Part 2**

     Add lines 7 through 8. Copy the total to line 81.       | _____ |

---

**Part 3:**    Accounts receivable

10.    **Does the debtor have any accounts receivable?**

     ☐ No. Go to Part 4.

     ☑ Yes. Fill in the information below.

                                              **Current value of debtor's interest**

11.    **Accounts receivable**

     11a. 90 days old or less:    **unknown**   -   **unknown**   = .....➔    **$10,588.25**
                             face amount         doubtful or uncollectible accounts

     11b. Over 90 days old:    **unknown**   -   **unknown**   = .....➔    **$62,859.00**
                             face amount         doubtful or uncollectible accounts

12.    **Total of Part 3**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.       | **$73,447.25** |

---

**Part 4:**    Investments

13.    **Does the debtor own any investments?**

     ☑ No. Go to Part 5.

     ☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

     14.1 _____    _____    _____

     14.2 _____    _____    _____

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                                 % of ownership:

     15.1 _____    _____    _____

     15.2 _____    _____    _____

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Describe:

Debtor      **Bryant Portable Welding, Inc.**                                                    Case number *(if known)* _____
            Name

16.1   _____   _____   _____

16.2   _____   _____   _____

17.   **Total of Part 4**                                                                    ┌──────────┐
      Add lines 14 through 16. Copy the total to line 83.                                     │_____│
                                                                                             └──────────┘

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

18.   **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23.   **Total of Part 5**                                                                    ┌──────────┐
      Add lines 19 through 22. Copy the total to line 84.                                     │_____│
                                                                                             └──────────┘

24.   **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.   **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

Debtor    **Bryant Portable Welding, Inc.**                                    Case number *(if known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.                                        _____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor   **Bryant Portable Welding, Inc.**                                        Case number *(if known)* _____
Name

| | | | |
|---|---|---|---|
| **40.** **Office fixtures** | | | |
| Computers (2), printer, copier | unknown | | $1,500.00 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | | | |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | _____ | _____ | _____ |
| 42.2 _____ | _____ | _____ | _____ |
| 42.3 _____ | _____ | _____ | _____ |

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$1,500.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2019 Ford F450 / VIN: 1FD0W4HT7KED43513** | unknown | | $30,000.00 |
| 47.2 **2021 Ford F550 / VIN: 1FD0W5HTXNEC70675** | unknown | | $57,900.00 |
| 47.3 **2021 Ford F350 / VIN: 1FD8W3HT6MED98515** | unknown | | $43,000.00 |
| 47.4 **2021 Ford F550 / VIN: 1FD8W3HT7MED98497** | unknown | | $56,000.00 |
| 47.5 **Diamond 40' Trailer / VIN: 46UFU4032P1268527** | unknown | | $54,000.00 |
| 47.6 **2022 Ford F250 / VIN: IFT7W2B62KEE48420** | unknown | | $49,000.00 |
| **48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

| Debtor | **Bryant Portable Welding, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 48.1 | Diamond C 22' x 82' (HDT) Low Profile 3/4 Tilt Equipment Trailer / VIN: 46UF2227M1248777 | unknown | $5,500.00 |
| 48.2 | Enclosed Trailer | unknown | $35,000.00 |
| 48.3 | Legend MFG 7' x 18' (TV) Thunder V-Nose cargo trailer / VIN: 1L9BE1825N1317810 | unknown | $6,700.00 |
| 48.4 | MaxxD 14' x 83 Dump Trailer / VIN: 5R88D1429MM083675 | unknown | $10,000.00 |
| **49.** | **Aircraft and accessories** | | |
| 49.1 | | | |
| 49.2 | | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | |
| | Kubota Skid Steer | unknown | $40,000.00 |
| | Kubota Tractor Serial #66765 | unknown | $12,000.00 |
| | Kubota SVL75-2 HI Flow Cab&Hyd CPLR / VIN: KBCZ052CLN1H69839 | unknown | $67,900.00 |
| | Kubota 74HD I PLF Bucket W/BOE / VIN: 2055810 | unknown | $1,500.00 |
| | John Deere DL-12 Telehandler / VIN: DL1240CN51915 | unknown | $142,000.00 |
| | John Deere 375-HDPQ-JD-Compressor / VIN: HDPQ-JD 201904240090 | unknown | $57,000.00 |
| | John Deere 750R Post Driver / VIN: JCAJD1368-0820R3620 | unknown | $6,000.00 |
| | 48" 4500LR Pallet Ford | unknown | $500.00 |
| | Skid Cutter HD 72" | unknown | $7,500.00 |
| | Grapple Bucket | unknown | $2,300.00 |
| | Honda 2200 Generator | unknown | $500.00 |
| | JBC-1 1ton beam clamps | unknown | $50.00 |
| | Dewalt 2" 2 speed mag drill press | unknown | $200.00 |
| | Bandsaw | unknown | $1,500.00 |
| | Air Crompressor | unknown | $6,500.00 |
| | Air Sprayer | unknown | $1,200.00 |
| | Air Sprayer | unknown | $1,200.00 |
| | Blasting Pot | unknown | $2,200.00 |
| | Flame Heater Painting Hootch | unknown | $100.00 |
| | Honda 3000 Watt Generator | unknown | $900.00 |
| | Compressor Handle / extension / coupler / air house | unknown | $50.00 |
| | Climate control valve | unknown | $50.00 |
| | Srock Support Stand | unknown | $50.00 |
| | Torque Wrench | unknown | $600.00 |

| Debtor | **Bryant Portable Welding, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| | | | |
|---|---|---|---|
| Roll Out Wheel | | unknown | $1,840.00 |
| Crystal Gauge (out dated) | | unknown | $0.00 |
| Shocker Offset Hitch | | unknown | $675.00 |
| L202 Dual Beam Alignment Laser - GL202 (broken) | | unknown | $0.00 |
| Roller Ball Bolt | | unknown | $850.00 |
| HC300 115v Hole Cutter | | unknown | $1,200.00 |
| Air Heater (broken) | | unknown | $0.00 |
| Engine Crane 1.5 Ton | | unknown | $600.00 |
| Rod Box | | unknown | $650.00 |
| Honda 10k Generator | | unknown | $4,500.00 |
| Big Blue 400 Pipepro Welding Maching | | unknown | $28,000.00 |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$737,215.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |
| 55.6 | | | | |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

Debtor    **Bryant Portable Welding, Inc.**
      Name                                                   Case number *(if known)*

---

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No

    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No. Go to Part 11.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☑ No

    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No

    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 11: | All other assets |
|---|---|

Debtor    **Bryant Portable Welding, Inc.**                                    Case number *(if known)* _____
 Name

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.

    ☐ Yes. Fill in the information below.

    |  | **Current value of debtor's interest** |
    |---|---|

71. **Notes receivable**

    Description (include name of obligor)

    _____   –   _____ = ➔   _____
                              Total face amount        doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   _____
    _____   Tax year _____   _____
    _____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

    _____                         _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____

    **Nature of claim**    _____

    **Amount requested**   _____                  _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____

    **Nature of claim**    _____

    **Amount requested**   _____                  _____

76. **Trusts, equitable or future interests in property**

    _____                         _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____

    _____                         _____

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.        _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

Debtor    **Bryant Portable Welding, Inc.**                                    Case number *(if known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,321.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $73,447.25 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $737,215.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................ ➡ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........................91a. | $814,483.33 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................... | | $814,483.33 |

Fill in this information to identify the case:

Debtor name ___Bryant Portable Welding, Inc.___

United States Bankruptcy Court for the District of ___North Dakota___
                                                          (State)

Case number (if known): _____

☐ Check if this is an
   amended filing

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1.  Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

**2.  List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- |

**2.1    Creditor's name**

Bravera Bank

**Creditor's mailing address**

220 1st Ave West Floor 1

Dickinson, ND 58601

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

2019 Ford F450, Diamond C 22' x 82' (HDT) Low Profile 3/4 Tilt Equipment Trailer, Enclosed Trailer, Legend MFG 7' x 18' (TV) Thunder V-Nose cargo trailer, MaxxD 14' x 83 Dump Trailer, 2021 Ford F550, 2021 Ford F350, 2021 Ford F550

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  | $459,555.00 | $244,100.00 |

**3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $681,964.00

Debtor    Bryant Portable Welding, Inc.                                      Case number (if known) _____
          Name

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2** **Creditor's name**

John Deere

**Creditor's mailing address**

6400 NW 86th St

Johnston, IA 50131

**Creditor's email address, if known**

_____

Date debt was      _____
incurred

Last 4 digits of   ___ ___ ___ ___
account
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

John Deere DL-12 Telehandler, John Deere 375-HDPQ-JD-Compressor, John Deere 750R Post Driver

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $140,497.00

Column B: $205,000.00

Debtor    Bryant Portable Welding, Inc.                                      Case number (if known)
_____                                    _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.3** **Creditor's name**

Kubota Credit

**Describe debtor's property that is subject to a lien**

$71,612.00          $185,700.00

Kubota Skid Steer, Kubota Tractor Serial #66765, Kubota SVL75-2 HI Flow Cab&Hyd CPLR, Kubota 74HD I PLF Bucket W/BOE, Diamond 40' Trailer, 48" 4500LR Pallet Ford, Skid Cutter HD 72", Grapple Bucket

**Creditor's mailing address**

PO Box Box 2046

Grapevine, TX 76099

**Creditor's email address, if known**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**  _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor     Bryant Portable Welding, Inc.                                                Case number (if known) _____
           Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.4** **Creditor's name**

Wells Fargo

**Creditor's mailing address**

PO Box Box 51963

Los Angeles, CA 90051

**Creditor's email address, if known**

_____

**Date debt was incurred**      _____

**Last 4 digits of account number**      __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**      $10,300.00      $28,000.00

Big Blue 400 Pipepro Welding Maching

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Fill in this information to identify the case:

Debtor name _____ Bryant Portable Welding, Inc. _____

United States Bankruptcy Court for the:

_____ District of North Dakota _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor    **Bryant Portable Welding, Inc.**                                    Case number *(if known)* _____
      Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Arrow Electric

13254 25th M St NW

Arnegard, ND 58835

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$90,275.01**

---

**3.2** Nonpriority creditor's name and mailing address

Axiom Medical Consulting

8401 New Trails Dr Suite 100

Spring, TX 77381

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$300.00**

---

**3.3** Nonpriority creditor's name and mailing address

Black Olive Capital

7315 Wisconsin Ave. #550E

Bethesda, MD 20814

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$294,750.00**

---

**3.4** Nonpriority creditor's name and mailing address

BPS Supply

116104X Ave SW

Killdeer, ND 58640

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$74,751.72**

Debtor    **Bryant Portable Welding, Inc.**                                      Case number *(if known)* _____
         Name

---

| **Part 2:** | Additional Page |

---

**3.5** Nonpriority creditor's name and mailing address

**Brand SafWay**

**410 South 1st Street**

**New Salem, ND 58563**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$58,730.00

---

**3.6** Nonpriority creditor's name and mailing address

**Braun Intertec**

**Lockbox 446035**

**PO Box 64384**

**Saint Paul, MN 55164**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,500.00

---

**3.7** Nonpriority creditor's name and mailing address

**Circle T Transportation**

**PO Box 8315**

**Williston, ND 58802-8315**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,833.62

---

**3.8** Nonpriority creditor's name and mailing address

**Desert NDT**

**4851 Blue Mound Rd**

**Fort Worth, TX 76106**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$14,511.00

---

Debtor    **Bryant Portable Welding, Inc.**                                    Case number *(if known)* _____
　　　　　Name

## Part 2:    Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,169.77 |

**Equipment Share**

**5060 Bennett Loop**

**Williston, ND 58801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,242.50 |

**G&G Garbage**

**PO Box 913277**

**80297**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,622.60 |

**Hose and Rubber**

**PO Box 158**

**Randolph, UT 84064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $874.00 |

**Leonbro Inspection**

**1900 32nd Avenue NE**

**Black Eagle, MT 59414**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Bryant Portable Welding, Inc.**                                   Case number *(if known)* _____
Name

| Part 2: | Additional Page |

**3.13** Nonpriority creditor's name and mailing address

**Linde**

**2912 2nd Ave W**

**Williston, ND 58801**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:    $8,922.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

**Performance NDT**

**PO Box 84**

**Buffalo, SD 57720**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:    $43,600.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

**ProLift Rigging Co**

**3169 Professional Plaza Suite 1**

**Germantown, TN 38138**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:    $54,753.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

**RDO Equipment**

**1105 33rd Street SW**

**Dickinson, ND 58601**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:    $4,641.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Bryant Portable Welding, Inc.** _____   Case number *(if known)* _____
Name

---

**Part 2:** Additional Page

---

| **3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,239.87 |
|---|---|---|---|

**3.17** Nonpriority creditor's name and mailing address

**Sherwin Williams**

**2112 4th Ave West**

**Williston, ND 58801-3423**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,239.87

---

**3.18** Nonpriority creditor's name and mailing address

**TCI Factoring**

**7600 Parklawn Ave Suite 250**

**Edina, MN 55435**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$27,190.11

---

**3.19** Nonpriority creditor's name and mailing address

**Tenet**

**1238 Grey Fox Rd**

**Saint Paul, MN 55112**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$8,262.83

---

**3.20** Nonpriority creditor's name and mailing address

**Trinity Health**

**PO Box 5010**

**Minot, ND 58701**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,333.00

---

Debtor   **Bryant Portable Welding, Inc.**                                    Case number *(if known)* _____
     Name

## Part 2:   Additional Page

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,203.48 |

**3.21** **Nonpriority creditor's name and mailing address**

United Rentals

PO Box 840514

Dallas, TX 75284

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$34,203.48**

---

**3.22** **Nonpriority creditor's name and mailing address**

Vox Funding LLC

100 Park Ave 26th Floor

New York, NY 10017

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$135,000.00**

---

**3.23** **Nonpriority creditor's name and mailing address**

WEX Fuel Cards

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$22,018.63**

Debtor    **Bryant Portable Welding, Inc.**                                    Case number *(if known)* _____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$908,726.73** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$908,726.73** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Bryant Portable Welding, Inc. |
| United States Bankruptcy Court for the: | District of North Dakota |
| Case number (if known): _____ | Chapter __11__ |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Hi Flow Cab & 2022 Skidsteer, month to month until terminated by either party | Chief Oilfield Services, LLC |
| | | Contract to be ASSUMED | 3197 111E Ave SW Suite 1 |
| | State the term remaining | 0 months | Dickinson, ND 58601 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | DL-12 Telehandler, month to month until terminated by either party | Chief Oilfield Services, LLC |
| | | Contract to be ASSUMED | 3197 111E Ave SW Suite 1 |
| | State the term remaining | 0 months | Dickinson, ND 58601 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | 2022 Diamond C Trailer, month to month until terminated by either party | Chief Oilfield Services, LLC |
| | | Contract to be ASSUMED | 3197 111E Ave SW Suite 1 |
| | State the term remaining | 0 months | Dickinson, ND 58601 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | 2021 Diamond C Tilt trailer, month to month until terminated by either party | Chief Oilfield Services, LLC |
| | | Contract to be ASSUMED | 3197 111E Ave SW Suite 1 |
| | State the term remaining | 0 months | Dickinson, ND 58601 |
| | List the contract number of any government contract | | |

| Debtor | Bryant Portable Welding, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5**
| **State what the contract or lease is for and the nature of the debtor's interest** | 2021 Maxey Trailer, month to month until terminated by either party | Chief Oilfield Services, LLC |
| | Contract to be ASSUMED | 3197 111E Ave SW Suite 1 |
| | | Dickinson, ND 58601 |
| **State the term remaining** | 0 months | |
| **List the contract number of any government contract** | | |

**2.6**
| **State what the contract or lease is for and the nature of the debtor's interest** | 2018 Ford F150, month to month until terminated by either party | Chief Oilfield Services, LLC |
| | Contract to be ASSUMED | 3197 111E Ave SW Suite 1 |
| | | Dickinson, ND 58601 |
| **State the term remaining** | 0 months | |
| **List the contract number of any government contract** | | |

**2.7**
| **State what the contract or lease is for and the nature of the debtor's interest** | 2019 Ford F250, month to month until terminated by either party | Chief Oilfield Services, LLC |
| | Contract to be ASSUMED | 3197 111E Ave SW Suite 1 |
| | | Dickinson, ND 58601 |
| **State the term remaining** | 0 months | |
| **List the contract number of any government contract** | | |

**2.8**
| **State what the contract or lease is for and the nature of the debtor's interest** | 2019 Ford F450, month to month until terminated by either party | Chief Oilfield Services, LLC |
| | Contract to be ASSUMED | 3197 111E Ave SW Suite 1 |
| | | Dickinson, ND 58601 |
| **State the term remaining** | 0 months | |
| **List the contract number of any government contract** | | |

**2.9**
| **State what the contract or lease is for and the nature of the debtor's interest** | 2021 Ford F350, month to month until terminated by either party | Chief Oilfield Services, LLC |
| | Contract to be ASSUMED | 3197 111E Ave SW Suite 1 |
| | | Dickinson, ND 58601 |
| **State the term remaining** | 0 months | |
| **List the contract number of any government contract** | | |

Debtor    Bryant Portable Welding, Inc.                                        Case number *(if known)*
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10** | **State what the contract or lease is for and the nature of the debtor's interest** | 2022 Ford F550, month to month until terminated by either party | Chief Oilfield Services, LLC

Contract to be ASSUMED | 3197 111E Ave SW Suite 1

**State the term remaining** | 0 months | Dickinson, ND 58601

**List the contract number of any government contract**

Fill in this information to identify the case:

Debtor name **Bryant Portable Welding, Inc.**

United States Bankruptcy Court for the: District of     **North Dakota**
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,
*Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the
creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Bryant, Roy Jeffrey | 4341 35th St NW<br>Street<br><br>New Town, ND 58763<br>City          State          ZIP Code | John Deere | ☑ D<br>☐ E/F<br>☐ G |
| | | | Bravera Bank | ☑ D<br>☐ E/F<br>☐ G |
| | | | United Rentals | ☐ D<br>☑ E/F<br>☐ G |
| | | | Black Olive Capital | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | Bryant, Tamara Dawn | 4341 35th St NW<br>Street<br><br>New Town, ND 58763<br>City          State          ZIP Code | Bravera Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street<br><br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor    **Bryant Portable Welding, Inc.**                                              Case number (if known) _____
Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.4 | _____ | Street _____ <br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | _____ | Street _____ <br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Official Form 206H                          **Schedule H: Codebtors**                          page  2  of  2

Fill in this information to identify the case:

Debtor name      Bryant Portable Welding, Inc.

United States Bankruptcy Court for the:

     District of North Dakota

Case number (if known): _____     Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |

**1. Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

1a. **Real Property:**

     Copy line 88 from *Schedule A/B*.................................................................................................

| $0.00 |

1b. **Total personal property:**

     Copy line 91A from *Schedule A/B*.............................................................................................

| $814,483.33 |

1c. **Total of all property:**

     Copy line 92 from *Schedule A/B*..............................................................................................

| $814,483.33 |

| Part 2: | Summary of Liabilities |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

     Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| $681,964.00 |

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**

     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................

| $0.00 |

3b. **Total amount of claims of non-priority amount of unsecured claims:**

     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................

+ | $908,726.73 |

**4. Total liabilities**.................................................................................................................

| $1,590,690.73 |

Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____Bryant Portable Welding, Inc._____

United States Bankruptcy Court for the:

_____District of North Dakota_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2023</u><br>MM/ DD/ YYYY | to    Filing date | ☑ Operating a business<br>☐ Other _____ | <u>$841,621.59</u> |
| **For prior year:** | From <u>01/01/2022</u><br>MM/ DD/ YYYY | to <u>12/31/2022</u><br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | <u>$3,635,637.90</u> |
| **For the year before that:** | From <u>01/01/2021</u><br>MM/ DD/ YYYY | to <u>12/31/2021</u><br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | <u>$1,084,877.23</u> |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2023</u><br>MM/ DD/ YYYY | to    Filing date | _____ | _____ |
| **For prior year:** | From <u>01/01/2022</u><br>MM/ DD/ YYYY | to <u>12/31/2022</u><br>MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From <u>01/01/2021</u><br>MM/ DD/ YYYY | to <u>12/31/2021</u><br>MM/ DD/ YYYY | _____ | _____ |

| Debtor | Bryant Portable Welding, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State     ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State     ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |
| **Relationship to debtor** <br> _____ | | | |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    Bryant Portable Welding, Inc.                                          Case number (if known)
          Name

5.1. _____          _____    _____    _____
     Creditor's name

     _____
     Street

     _____

     _____
     City            State    ZIP Code

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | _____<br><br>XXXX–__ __ __ __ | _____ | _____ |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Bravera Bank f/k/a American Bank Center, v. Bryant Portable Welding, Inc., Roy J. Bryant a/k/a Jeffery Bryant, and Tamara D. Bryant | _____ | District Court, County of Mountrail, State of North Dakota<br>Name<br><br>_____<br>Street<br><br>_____<br>City        State    ZIP Code | ☑ Pending<br><br>☐ On appeal<br><br>☐ Concluded |
| | **Case number**<br>31-2023-CV-00191 | | | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    Bryant Portable Welding, Inc.                                          Case number *(if known)*
          Name

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|

Custodian's name

Street                                    **Case title**              **Court name and address**

                                                                       Name

City          State    ZIP Code           **Case number**             Street

                                          **Date of order or assignment**    City          State    ZIP Code

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name

Street

City          State    ZIP Code

Recipient's relationship to debtor

---

**Part 5:    Certain Losses**

**10.    All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss

If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1.** Miller Pipe Pro 400 Welder was stolen | $17,800 was paid by insurance | 9/2023 | $28,000.00 |

---

**Part 6:    Certain Payments or Transfers**

**11.    Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Ahlgren Law Office | | 10/30/2023 | $7,500.00 |
| | **Address** | | 11/14/23 | $2,500.00 |
| | 220 West Washington Ave Suite 105 | | | |
| | Street | | | |
| | | | | |
| | Fergus Falls, MN 56537 | | | |
| | City                    State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | | | | |
| | City                    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

Debtor    Bryant Portable Welding, Inc.                                    Case number *(if known)*
_____
Name

| Part 7: | Previous Locations |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ <br> Street <br><br> _____ <br> City            State    ZIP Code | From _____ To _____ |

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name <br><br> _____ <br> Street <br><br> City            State    ZIP Code | _____ <br><br> **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. <br><br> _____ | _____ <br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Debtor    Bryant Portable Welding, Inc.                                    Case number *(if known)*
          Name

☐ **Yes. Does the debtor serve as plan administrator?**

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br>_____<br>Street<br>_____<br>City    State  ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____<br>Name<br>_____<br>Street<br>_____<br>City    State  ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Debtor    Bryant Portable Welding, Inc.                              Case number (if known)
          Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | Address | | |
| | City          State    ZIP Code | | | |

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

---

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- **Environmental law** means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- **Site** means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- **Hazardous material** means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 8

Debtor      Bryant Portable Welding, Inc.                                    Case number *(if known)*
            Name

**23.** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24.** Has the debtor notified any governmental unit of any release of hazardous material?

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

---

**25.** Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| City          State    ZIP Code | | |

**26.** Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor    Bryant Portable Welding, Inc.                                    Case number *(if known)*
          Name

| Name and address | | Dates of service | |
|---|---|---|---|
| 26a.1. | Jennifer Eaton CPA, PC | From 2020 | To Current |
| | Name | | |
| | 1640 E Capitol Ave | | |
| | Street | | |
| | | | |
| | Bismarck, ND 58501 | | |
| | City                    State                    ZIP Code | | |

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ To _____ |
| Name | |
| Street | |
| | |
| City                    State                    ZIP Code | |

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |
| Street | |
| | |
| City                    State                    ZIP Code | |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| |
| City                    State                    ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

Debtor    Bryant Portable Welding, Inc.                                                      Case number *(if known)*
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
      Name

      _____
      Street

      _____

      _____
      City                    State          ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bryant, Roy Jeffrey | 4341 35th St NW New Town, ND 58763 | President, | 0.00% |
| Bryant, Tamara Dawn | 4341 35th St NW New Town, ND 58763 | Vice President, | 0.00% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ |
| | | | To   _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City          State     ZIP Code | | | |

| Relationship to debtor |
|---|

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

Debtor    Bryant Portable Welding, Inc.                                    Case number *(if known)*
          Name

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        11/16/2023
              MM/ DD/ YYYY

**X** s/ Roy Jeffrey Bryant                              Printed name         Roy Jeffrey Bryant
Signature of individual signing on behalf of the debtor

Position or relationship to debtor          President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of North Dakota

**In re**   Bryant Portable Welding, Inc.

Case No. _____

**Debtor**   Chapter _____ 11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................$335.00 per hour

Prior to the filing of this statement I have received ......................................................................$10,000.00

Balance Due ........................................................................................................................   unknown

2.  The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 11/16/2023 | s/ Erik A Ahlgren |
| *Date* | Erik A Ahlgren |
| | *Signature of Attorney* |

Bar Number: 0191814
Ahlgren Law Office, PLLC
220 W Washington Ave 105
Fergus Falls, MN 56537
Phone: (218) 998-2775

Ahlgren Law Office, PLLC
*Name of law firm*

---

Arrow Electric
13254 25th M St NW
Arnegard, ND 58835

Axiom Medical Consulting
8401 New Trails Dr Suite 100
Spring, TX 77381

Black Olive Capital
7315 Wisconsin Ave. #550E
Bethesda, MD 20814

BPS Supply
116104X Ave SW
Killdeer, ND 58640

Brand SafWay
410 South 1st Street
New Salem, ND 58563

Braun Intertec
Lockbox 446035
PO Box 64384
Saint Paul, MN 55164

Bravera Bank
220 1st Ave West Floor 1
Dickinson, ND 58601

Roy Jeffrey Bryant
4341 35th St NW
New Town, ND 58763

Tamara Dawn Bryant
4341 35th St NW
New Town, ND 58763

Chief Oilfield Services, LLC
3197 111E Ave SW Suite 1
Dickinson, ND 58601

Circle T Transportation
PO Box 8315
Williston, ND 58802-8315

Desert NDT
4851 Blue Mound Rd
Fort Worth, TX 76106

Equipment Share
5060 Bennett Loop
Williston, ND 58801

G&G Garbage
PO Box 913277
80297

Hose and Rubber
PO Box 158
Randolph, UT 84064

John Deere
6400 NW 86th St
Johnston, IA 50131

Kubota Credit
PO Box Box 2046
Grapevine, TX 76099


Leonbro Inspection
1900 32nd Avenue NE
Black Eagle, MT 59414


Linde
2912 2nd Ave W
Williston, ND 58801


Performance NDT
PO Box 84
Buffalo, SD 57720


ProLift Rigging Co
3169 Professional Plaza Suite 1
Germantown, TN 38138


RDO Equipment
1105 33rd Street SW
Dickinson, ND 58601


Sherwin Williams
2112 4th Ave West
Williston, ND 58801-3423


TCI Factoring
7600 Parklawn Ave Suite 250
Edina, MN 55435

Tenet
1238 Grey Fox Rd
Saint Paul, MN 55112

Trinity Health
PO Box 5010
Minot, ND 58701

United Rentals
PO Box 840514
Dallas, TX 75284

Vox Funding LLC
100 Park Ave 26th Floor
New York, NY 10017

Wells Fargo
PO Box Box 51963
Los Angeles, CA 90051

WEX Fuel Cards

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA
FARGO DIVISION**

IN RE: **Bryant Portable Welding, Inc.**                                      CASE NO

                                                                             CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____11/16/2023_____     Signature _____s/ Roy Jeffrey Bryant_____
                                                            Roy Jeffrey Bryant, President